UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
                                                                    :
ADEMOLA BELLO,                                                      :
                                                                    :
                                    Plaintiff,                      :        25-CV-05830 (JAV)
                                                                    :
              -v-                                                   :        ORDER
                                                                    :
THE CITY OF NEW YORK, et al.,                                       :
                                                                    :
                                    Defendants.                     :
                                                                    :
--------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      For the reasons stated on the record at today's hearing, the Court finds the terms of the proposed settlement of Plaintiff's claims under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq.* ("FLSA"), at ECF No. 49-1, and proposed attorneys' fees award of $10,307 to be fair and reasonable.

      The Court **GRANTS** the application to approve the settlement agreement and fee award in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 205-06 (2d Cir. 2015), but ORDERS that any modification to the settlement agreement must be approved by the Court, regardless of any provision in the agreement that purports to allow the parties alone to modify it.

      The Clerk of Court is directed to terminate any pending motions and close this case.

      SO ORDERED.

Dated: May 27, 2026
      New York, New York                     _____
                                     JEANNETTE A. VARGAS
                                     United States District Judge